IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Steve Randall Smith, | ) | C/A: 0:11-2395-JFA |
| | ) | |
| Plaintiff | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Charles Grant; N.C. Murphy; T.J. Murphy; | ) | |
| and Alex Underwood; | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This case has been stayed for quite some time awaiting resolution of pending criminal charges. The case has now been calendared for trial during the July/August 2014 term of court, with jury selection on July 10, 2014.

Defendants have filed a motion for summary judgment, and the upcoming jury selection date will not allow for full briefing before the jury is to be selected.

For the foregoing reasons, the court has determined that the best course of action is to transfer this case to the September/October 2014 term of court, with jury selection on Tuesday, September 9. The court will allow for full briefing on the motion for summary judgment and timely schedule oral argument once the briefing is complete.

IT IS SO ORDERED.

Joseph F. Anderson, Jr.

July 3, 2014                                           Joseph F. Anderson, Jr.
Columbia, South Carolina                    United States District Judge